## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ, individually,<br>    Plaintiff,<br><br>Versus<br><br>1414 HOLDINGS, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant. | Civil Action No. 16-CV-9578 (JPO)<br><br>**STIPULATION & ORDER<br>FOR DISMISSAL WITH PREJUDICE** |

 Plaintiff and Defendant pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action in its entirety with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between Plaintiff and Defendant. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement between the parties.

Date: March 14, 2017

_____
Lawrence A. Fuller, Esq.
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Tel: (305) 891-5199
E-mail: lfuller@fullerfuller.com

*Attorneys for Plaintiff*

_____
Joshua A. Stein, Esq.
EPSTEIN, BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177
Tel: (212) 351-4660
E-mail: jstein@ebglaw.com

*Attorneys for Defendant
1414 Holdings, LLC*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

Date: March 17, 2017

JS

14